IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| STATE OF GEORGIA, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-CV-539 (MTT) |
| | * |
| JEFFREY ALLEN HILL, | |
| | * |
| Defendant. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated January 12, 2026, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Jones County, Georgia.

This 13th day of January, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk